**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>CRAWFORD, MARK ALLEN<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-51784 ABG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.
   At: U.S. BANKRUPTCY COURT sitting at the **Park City Branch Court** located at **301 Greenleaf Ave, Park City, Illinois, 60085** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar
   on: **April 3, 2009**
   at: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $       65,068.85

   b. Disbursements                         $       43,826.34

   c. Net Cash Available for Distribution   $       21,242.51

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN<br>(Trustee Fees) | 0.00 | $6,128.40 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Fees) | 0.00 | $6,053.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Expenses) | 0.00 | | $133.50 |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Fees) | 0.00 | $385.00 | |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The

priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $50,174.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 17.03%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $ 2,833.24 | $ 496.21 |
| 2 | Chase Bank USA, N.A. | $ 22,143.59 | $ 3,878.22 |
| 3 | Chase Bank USA, N.A. | $ 15,628.86 | $ 2,737.23 |
| 4 | eCAST Settlement Corporation assignee of | $ 520.83 | $ 91.22 |
| 5 | eCAST Settlement Corporation assignee of | $ 7,089.80 | $ 1,241.70 |
| 6 | eCAST Settlement Corporation | $ 559.74 | $ 98.03 |
| 7 | LVNV Funding LLC its successors and assigns as (Late Claim) | $ 1,143.80 | $ 0.00 |
| 8 | LVNV Funding LLC its successors and assigns as (Late Claim) | $ 254.47 | $ 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
9. Debtor has been discharged.
10. The Trustee proposed to abandon the following property at the hearing:

Dated: March 4, 2009                    For the Court,

_____

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:  ILENE F. GOLDSTEIN
Address: Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave.

Suite 200
Highland Park, Illinois 60035
Telephone # (847) 926-9595

# CERTIFICATE OF NOTICE

```
District/off: 0752-1            User: amcc7                    Page 1 of 1                     Date Rcvd: Mar 04, 2009
Case: 05-51784                  Form ID: pdf002                Total Served: 23


The following entities were served by first class mail on Mar 06, 2009.
db          +Mark Allen Crawford,   43376 North Forest Drive,   Antioch, IL 60002-8912
aty         +Bruce L Jorgensen,   134 N Lasalle St 12th Flr,   Chicago, IL 60602-1086
10164965     AT&T Universal Card,   5491139051531680,   P.O. Box 688905,   Des Moines, IA 503368-8905
10465313    +America's Servicing Co,   c/o McCalla Raymer et al,   1544 Old Alabama Rd,
              Roswell GA 30076-2102
10164974     Bank of America,   4319041014453742,   P.O. Box 1758,   New Wark, NJ 07101-1758
10164966     Best Buy,   7021271108693018,   Retail Services,   P.O. Box 17298,
              Baltimore, Maryland 21297-1298
10164962     Chase,   4417125917921979,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
11202079     Chase Bank USA, N.A.,   PO BOX 15145,   Wilmington, DE 19850-5145
10164969    +Citi Platinum Select,   5424180174440831,   Box 6000,   The Lakes, NV 89163-0001
10164973     Comcast,   8798100270572933,   2508 Route 120,   McHenry, IL 60051-4712
10164968     HSBC Gold,   5406330010023992,   HSBC Card Services,   P.O. Box 17051,
              Baltimore, Maryland 21297-1051
10164967     Household Bank SB NA,   c/o Bass & Associates PC,   3936 E Ft Lowell Rd Ste 200,
              Tucson AZ 85712-1083
10164963    +MBNA America,   5490991450046434,   P.O. Box 15137,   Wilmington, DE 19850-5137
10164971    +SBC,   8473957672226,   Bill Payment Center,   Saginaw, MI 48663-0001
10164964   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   262619050,   P.O. Box 2188,   Oshkosh, WI 54903-2188)
10164970     Wells Fargo,   0189018948,   P.O. Box 6429,   Carol Stream, IL 60197-6429
11322610     eCAST Settlement Corporation,   Assignee of Household Bank,   P.O. Box 7247-6971,
              Philadelphia, PA 19170-6971
11262910     eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
              POB 35480,   Newark NJ 07193-5480
11221752     eCast Settlement Corp,   PO Box 35480,   Newark NJ 07193-5480
The following entities were served by electronic transmission on Mar 05, 2009.
10164975     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 05 2009 07:47:51    Discover,   6011-007055252943,
              P.O. Box 30395,   Salt Lake City, UT
11184501    +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 05 2009 07:47:51
              Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
12140505     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
10164972     E-mail/Text: bankrup@nicor.com           Nicor,   P.O. Box 2020,
              Aurora, IL 60507-2020
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Brian Monico
aty          Frank W Pirruccello, Jr
                                                                                              TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2009**                    **Signature:** _/s/ Joseph Speetjens_