# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: CRAWFORD, MARK ALLEN § Case No. 05-51784
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $4,305.00 | Assets Exempt: $10,600.00 |
| Total Distribution to Claimants: $8,544.19 | Claims Discharged Without Payment: $194,559.14 |
| Total Expenses of Administration: $49,026.24 | |

3) Total gross receipts of $ 65,070.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,500.00 (see **Exhibit 2**), yielded net receipts of $57,570.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 49,026.24 | 49,026.24 | 49,026.24 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 152,929.00 | 50,174.33 | 50,174.33 | 8,544.19 |
| **TOTAL DISBURSEMENTS** | $152,929.00 | $99,200.57 | $99,200.57 | $57,570.43 |

    4) This case was originally filed under Chapter 7 on October 13, 2005.
. The case was pending for 49 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/02/2009     By: /s/ILENE F. GOLDSTEIN
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| PI Lawsuit | 1142-000 | 65,000.00 |
| Interest Income | 1270-000 | 70.43 |
| **TOTAL GROSS RECEIPTS** | | **$65,070.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Propes & Kaveny CFA | EXEMPTIONS OF THE DEBTOR | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,500.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 6,128.40 | 6,128.40 | 6,128.40 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 6,053.00 | 6,053.00 | 6,053.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 133.50 | 133.50 | 133.50 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 385.00 | 385.00 | 385.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 18.12 | 18.12 | 18.12 |
| Propes & Kaveny CFA | 3410-000 | N/A | 26,000.00 | 26,000.00 | 26,000.00 |
| Propes & Kaveny CFA | 3220-000 | N/A | 10,308.22 | 10,308.22 | 10,308.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 49,026.24 | 49,026.24 | 49,026.24 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## **EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## **EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/Discover Financial Services | 7100-000 | N/A | 2,833.24 | 2,833.24 | 496.31 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 22,143.59 | 22,143.59 | 3,878.93 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 15,628.86 | 15,628.86 | 2,737.74 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 520.83 | 520.83 | 91.23 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 7,089.80 | 7,089.80 | 1,241.93 |
| eCAST Settlement Corporation | 7100-000 | N/A | 559.74 | 559.74 | 98.05 |
| LVNV Funding LLC its successors and assigns as | 7200-000 | N/A | 1,143.80 | 1,143.80 | 0.00 |
| LVNV Funding LLC its successors and assigns as | 7200-000 | N/A | 254.47 | 254.47 | 0.00 |
| Wells Fargo | 7100-000 | 99,377.00 | N/A | N/A | 0.00 |
| AT&T Universal Card | 7100-000 | 9,553.00 | N/A | N/A | 0.00 |
| SBC | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| NICOR | 7100-000 | 76.00 | N/A | N/A | 0.00 |
| Bank of America | 7100-000 | 5,275.00 | N/A | N/A | 0.00 |
| Comcast | 7100-000 | 46.00 | N/A | N/A | 0.00 |
| US Bank | 7100-000 | 11,000.00 | N/A | N/A | 0.00 |
| MBNA America | 7100-000 | 27,486.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 152,929.00 | 50,174.33 | 50,174.33 | 8,544.19 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-51784  **Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** CRAWFORD, MARK ALLEN  **Filed (f) or Converted (c):** 10/13/05 (f)
**§341(a) Meeting Date:** 12/15/05
**Period Ending:** 11/02/09  **Claims Bar Date:** 05/15/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | RESIDENCE | 10,666.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 180.00 | 180.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS | 752.00 | 752.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 400.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 6 | STOCK AND BUSINESS INTERESTS | 353.00 | 353.00 | DA | 0.00 | FA |
| 7 | Bonds | 200.00 | 200.00 | DA | 0.00 | FA |
| 8 | ACCOUNTS RECEIVABLE | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 9 | PI Lawsuit | Unknown | 0.00 | | 65,000.00 | FA |
| 10 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 70.43 | FA |
| 11 | Assets Totals (Excluding unknown values) | **$15,751.00** | **$4,485.00** | | **$65,070.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE RECENTLY SETTLED A SMALL PI CASE. SHE HAS RESOLVED TAX ISSUES AND SHE IS NOW EVALUATING CLAIMS AND WILL BE CLOSING THIS ESTATE.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008     **Current Projected Date Of Final Report (TFR):**   June 30, 2009  (Actual)

Printed: 11/02/2009 01:43 PM    V.11.52

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-51784  
**Case Name:** CRAWFORD, MARK ALLEN  

**Taxpayer ID #:** 13-7578984  
**Period Ending:** 11/02/09  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****78-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/11/07 | | Propes & Kaveny CFA | Settlement of Law Suit | | | 21,191.78 | | 21,191.78 |
| | {9} | | Settlement of Personal Injury Suit | 65,000.00 | 1142-000 | | | 21,191.78 |
| | | | FEES | -26,000.00 | 3410-000 | | | 21,191.78 |
| | | | EXPENSES | -10,308.22 | 3220-000 | | | 21,191.78 |
| | | | EXEMPTIONS OF THE DEBTOR | -7,500.00 | 8100-002 | | | 21,191.78 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 6.41 | | 21,198.19 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | 1270-000 | 11.02 | | 21,209.21 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | 1270-000 | 10.80 | | 21,220.01 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | | 1270-000 | 9.70 | | 21,229.71 |
| 02/12/08 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #05-51784, Bond payment | | 2300-000 | | 18.12 | 21,211.59 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | | 1270-000 | 4.35 | | 21,215.94 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 3.94 | | 21,219.88 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 2.96 | | 21,222.84 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.65 | | 21,225.49 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.69 | | 21,228.18 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.69 | | 21,230.87 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.52 | | 21,233.39 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.78 | | 21,236.17 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 2.31 | | 21,238.48 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 1.67 | | 21,240.15 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.50 | | 21,241.65 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.86 | | 21,242.51 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.80 | | 21,243.31 |
| 03/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | | 1270-000 | 0.78 | | 21,244.09 |
| 03/27/09 | | To Account #********7866 | TRANSFER FROM INVESTMENT | | 9999-000 | | 21,244.09 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 21,262.21 | 21,262.21 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 21,244.09 | |
| | | | **Subtotal** | | | 21,262.21 | 18.12 | |
| | | | Less: Payments to Debtors | | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | | **$21,262.21** | **$-7,481.88** | |

{} Asset reference(s)

Printed: 11/02/2009 01:43 PM    V.11.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-51784 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | CRAWFORD, MARK ALLEN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****78-66 - Checking Account |
| Taxpayer ID #: | 13-7578984 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 11/02/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/27/09 | | From Account #********7865 | TRANSFER FROM INVESTMENT | 9999-000 | 21,244.09 | | 21,244.09 |
| 04/13/09 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $6,128.40, Trustee Compensation; Reference: | 2100-000 | | 6,128.40 | 15,115.69 |
| 04/13/09 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $6,053.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,053.00 | 9,062.69 |
| 04/13/09 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $133.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 133.50 | 8,929.19 |
| 04/13/09 | 104 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $385.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 385.00 | 8,544.19 |
| 04/13/09 | 105 | Discover Bank/Discover Financial Services | Dividend paid 17.51% on $2,833.24; Claim# 1; Filed: $2,833.24; Reference: | 7100-000 | | 496.31 | 8,047.88 |
| 04/13/09 | 106 | Chase Bank USA, N.A. | Dividend paid 17.51% on $22,143.59; Claim# 2; Filed: $22,143.59; Reference: | 7100-000 | | 3,878.93 | 4,168.95 |
| 04/13/09 | 107 | Chase Bank USA, N.A. | Dividend paid 17.51% on $15,628.86; Claim# 3; Filed: $15,628.86; Reference: | 7100-000 | | 2,737.74 | 1,431.21 |
| 04/13/09 | 108 | eCAST Settlement Corporation assignee of | Dividend paid 17.51% on $520.83; Claim# 4; Filed: $520.83; Reference: | 7100-000 | | 91.23 | 1,339.98 |
| 04/13/09 | 109 | eCAST Settlement Corporation assignee of | Dividend paid 17.51% on $7,089.80; Claim# 5; Filed: $7,089.80; Reference: | 7100-000 | | 1,241.93 | 98.05 |
| 04/13/09 | 110 | eCAST Settlement Corporation | Dividend paid 17.51% on $559.74; Claim# 6; Filed: $559.74; Reference: | 7100-000 | | 98.05 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 21,244.09 | 21,244.09 | $0.00 |
| Less: Bank Transfers | | 21,244.09 | 0.00 | |
| Subtotal | | 0.00 | 21,244.09 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $21,244.09 | |

| | |
|---|---|
| Net Receipts : | 21,262.21 |
| Plus Gross Adjustments : | 43,808.22 |
| Less Payments to Debtor : | 7,500.00 |
| Net Estate : | $57,570.43 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****78-65 | 21,262.21 | -7,481.88 | 0.00 |
| Checking # ***-*****78-66 | 0.00 | 21,244.09 | 0.00 |
| | $21,262.21 | $21,262.21 | $0.00 |

{} Asset reference(s)